Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | All Florida Safety Institute, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 6 7 5 5 5 0 |

**4. Debtor's address**

**Principal place of business**

820 A1A South Suite #12-A
Number        Street

c/o Mark Allen, Manager

Ponte Vedra Beach, FL 32082-3582
City                    State    ZIP Code

St. Johns
County

**Mailing address, if different from principal place of business**

_____
Number        Street

P.O. Box

_____
City                    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number        Street

_____
City                    State    ZIP Code

**5. Debtor's website (URL)**    https://allfloridasafetyinstitute.com/driving-classes-school-jacksonville-fl/

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    <u>All Florida Safety Institute, LLC</u>            Case number *(if known)* _____
             Name

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>**B.** *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br><br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br><br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See <br>http://www.uscourts.gov/four-digit-national-association-naics-codes .<br><br>___ ___ ___ ___ |

| | |
|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check **all** that apply:*<br><br>    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>    ☐ A plan is being filed with this petition.<br><br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 |

| | |
|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br>                        MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                        MM / DD / YYYY |

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>       District _____ When _____<br>                                  MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    All Florida Safety Institute, LLC                                          Case number *(if known)* _____
          Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>Number        Street<br>_____<br>City                                 State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.  Insurance agency _____<br>Contact name _____<br>Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000   ☑ $1,000,001-$10 million   ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000   ☐ $10,000,001-$50 million   ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million   ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion |

| Debtor | All Florida Safety Institute, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/20/2022
              MM/ DD/ YYYY

X /s/ Mark Allen                                          Mark Allen
Signature of authorized representative of debtor          Printed name

Title _____ Manager _____

**18. Signature of attorney**

X _____ /s/ Bryan K. Mickler _____     Date 09/20/2022
Signature of attorney for debtor                     MM/ DD/ YYYY

Bryan K. Mickler
Printed name

Law Offices of Mickler & Mickler, LLP
Firm name

5452 Arlington Expy.
Number        Street

Jacksonville                          FL      32211
City                                  State   ZIP Code

_____          bkmickler@planlaw.com
Contact phone                      Email address

091790                             FL
Bar number                         State

---

Fill in this information to identify the case:

Debtor name          All Florida Safety Institute, LLC

United States Bankruptcy Court for the:

         Middle District of Florida

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**               _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 Ameris Bank - Old Sweep | Checking account | 1038 | $44.73 |

     **Additional Page Total** - *See continuation page for additional entries*          $77,965.38

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$78,010.11**

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 **lease holders** | $19,495.97 |
|---|---|

Debtor    **All Florida Safety Institute, LLC**                                    Case number *(if known)* _____
                Name

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1  **Internal Revenue Service ERTC Credit Potential of $977641.78** _____    **(Unknown)**

9.  **Total of Part 2**
    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.    **$19,495.97**

---

**Part 3:**  Accounts receivable

---

10. **Does the debtor have any accounts receivable?**
    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts Receivable**

    11a. 90 days old or less:    **$80,000.00** − **$0.00** = ·····→ **$80,000.00**
    face amount    doubtful or uncollectible accounts

    11b. Over 90 days old:    **$300,000.00** − **$300,000.00** = ·····→ **$0.00**
    face amount    doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    **$80,000.00**

---

**Part 4:**  Investments

---

13. **Does the debtor own any investments?**
    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

    **None**

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of fund or stock:    % of ownership:

    **None**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

---

Debtor    __All Florida Safety Institute, LLC_____    Case number *(if known)* _____
       Name

**None**

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.    **$0.00**

---

**Part 5:** Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| None | | | | |
| **20. Work in progress** | | | | |
| None | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | | | | |
| **22. Other inventory or supplies** | | | | |
| 22.1 brake kits and auto parts | 08/01/2022<br>MM / DD / YYYY | $150,000.00 | | $150,000.00 |

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.    **$150,000.00**

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor   __All Florida Safety Institute, LLC__                                    Case number *(if known)* _____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

    **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

    **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

    **None**

**31. Farm and fishing supplies, chemicals, and feed**

    **None**

**32. Other farming and fishing-related property not already listed in Part 6**

    **None**

**33. Total of Part 6**

    Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**

   ☑ No

   ☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

   ☑ No

   ☐ Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

   ☑ No

   ☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

   ☑ No

   ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.

   ☑ Yes. Fill in the information below.

Debtor    **All Florida Safety Institute, LLC**                                    Case number *(if known)*
            Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1 furniture and fixtures in 30 locations | (Unknown) | liquidation | $250,000.00 |
| **40.** **Office fixtures** | | | |
| **None** | | | |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Driving Simulators (8) total | (Unknown) | replacement | $60,000.00 |
| **42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| **None** | | | |
| **43.** **Total of Part 7** | | | |
| Add lines 39 through 42. Copy the total to line 86. | | | $310,000.00 |

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**  Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 VIN: various as on list See Attached list | (Unknown) | | $1,562,679.25 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    **All Florida Safety Institute, LLC**                              Case number *(if known)* _____
            Name

        None

49.  **Aircraft and accessories**

        None

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

        None

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                              $1,562,679.25

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 9:   Real Property

54.  **Does the debtor own or lease any real property?**
     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

| | | | | |
|---|---|---|---|---|
| 55.1  leases for 30 locations as listed on Schedule G | Lease | (Unknown) | | (Unknown) |

56.  **Total of Part 9**
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.                  $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

## Part 10:   Intangibles and Intellectual Property

Debtor   **All Florida Safety Institute, LLC**                          Case number *(if known)*
         Name

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   **None**

**61.** **Internet domain names and websites**

   **None**

**62.** **Licenses, franchises, and royalties**

   **None**

**63.** **Customer lists, mailing lists, or other compilations**

   **None**

**64.** **Other intangibles, or intellectual property**

   **None**

**65.** **Goodwill**

   **None**

**66.** **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                                    **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Debtor   **All Florida Safety Institute, LLC**_____          Case number *(if known)* _____
　　　　　Name

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1　**Potential Claim against MCA Advisors for delay resulting in judgment**                                    **(Unknown)**

Nature of Claim    **potential**_____

Amount Requested    **(Unknown)**_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1　**customer lists with value to insurance agencies**_____                    **(Unknown)**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                                                **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑No
☐Yes

Debtor    **All Florida Safety Institute, LLC**                        Case number *(if known)*
          Name

| Part 12: | Summary |
|---|---|

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $78,010.11 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $19,495.97 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $80,000.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $310,000.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,562,679.25 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................ | | → $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $2,200,185.33 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ............................................................................................................. | | $2,200,185.33 |

| Debtor | __All Florida Safety Institute, LLC__ | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

## ▮ Additional Page

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.  Checking, savings, money market, or financial brokerage accounts - *Continued***

Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.2 Ameris Bank - Small Account | Checking account | 1179 | $2,744.15 |
| 3.3 Ameris Bank - Secondary Auto Exchange | Checking account | 8589 | $14.95 |
| 3.4 Ameris Bank ZBA Account | Checking account | 1020 | $1,328.19 |
| 3.5 Ameris Bank Operating Account | Checking account | 1851 | $2,501.14 |
| 3.6 Ameris Bank Auto Exchange | Checking account | 1877 | $60,294.91 |
| 3.7 Regions Bank | Checking account | 9372 | $8,334.62 |
| 3.8 First Horizon Bank | Checking account | 9609 | $20.77 |
| 3.9 First Horizon Auto Exchange | Checking account | 9633 | $526.65 |
| 3.10 Ameris Bank | Certificate of deposit | | $2,200.00 |

Fill in this information to identify the case:

Debtor name __All Florida Safety Institute, LLC__

United States Bankruptcy Court for the: _____Middle_____ District of _____Florida_____
(State)

Case number (if known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Creditor's name**<br>Ally Financial | **Describe debtor's property that is subject to a lien** | $67,125.35 | unknown |
| **Creditor's mailing address**<br>P.O. Box 380901<br>Minneapolis, MN 55438 | **Describe the lien** | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Last 4 digits of account number** ___ ___ ___ ___ | | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority.<br>_____<br>_____ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                $3,879,621.83

Debtor   All Florida Safety Institute, LLC                              Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.2**  **Creditor's name**

Capital City Bank

**Creditor's mailing address**

P.O. Box 900

Tallahassee, FL 32302

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

     1) Ford Motor Credit Company; 2) Truist Bank; 3) JP Morgan Chase Bank; 4) Westlake Financial; 5) United States of America; **6) Capital City Bank**

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

See Attached list

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$20,494.86    $1,562,679.25

Debtor   All Florida Safety Institute, LLC
         Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.3** **Creditor's name**

Ford Motor Credit Company

**Creditor's mailing address**

One American Road

Dearborn, MI 48126

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines  2.2

**Describe debtor's property that is subject to a lien**

See Attached list

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$1,177,768.33

$1,562,679.25

Debtor  All Florida Safety Institute, LLC
      Name

Case number (if known) _____

| | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Part 1:**     Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.4**   **Creditor's name**

JP Morgan Chase Bank

**Creditor's mailing address**

270 Park Avenue

New York, NY 10017

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
See Attached list

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $25,000.00
Column B: $1,562,679.25

---

**2.5**   **Creditor's name**

Truist Bank

**Creditor's mailing address**

214 N Tryon St

Charlotte, NC 28202

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   __ __ __ __

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines 2.2

**Describe debtor's property that is subject to a lien**
See Attached list

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: $23,161.36
Column B: $1,562,679.25

---

Debtor    All Florida Safety Institute, LLC                                        Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.6**

**Creditor's name**

United States of America

**Creditor's mailing address**

c/o Small Business Administration

2 NORTH 20TH ST. #320

Birmingham, AL 35203

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

      For See Attached list: 1) Ford Motor Credit Company; 2) Truist Bank; 3) JP Morgan Chase Bank; 4) Westlake Financial; **5) United States of America**; 6) Capital City Bank

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

furniture and fixtures in 30 locations, A/R List Attached. See Attached list

**Describe the lien**

SBA Loan 5/2018 EIDL

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

$2,066,071.93

$1,812,679.25

Debtor    All Florida Safety Institute, LLC                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---------|-----------------|----------|----------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.7** **Creditor's name**

Westlake Financial

**Describe debtor's property that is subject to a lien**

See Attached list                                                          $500,000.00          $1,562,679.25

**Creditor's mailing address**

4751 Wilshire Blvd. Suite #100

Los Angeles, CA 90010

**Describe the lien**

floor plan

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**    6/18/2021

**Last 4 digits of account**    8   9   1   1
**number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☑ Yes. The relative priority of creditors is specified on lines   2.2

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | All Florida Safety Institute, LLC |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br><br><br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br><br><br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number __ __ __ __<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor   **All Florida Safety Institute, LLC**                                Case number *(if known)* _____
          Name

---

**Part 2:**  List All Creditors with NONPRIORITY Unsecured Claims

---

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

**Big Bend Riverview Partners, LLC,**

**5141 WEST SAN JOSE ST.**

**Tampa, FL 33629**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  lease damages

Is the claim subject to offset?
☑ No
☐ Yes

$42,000.00

---

**3.2** | Nonpriority creditor's name and mailing address

**CLOUDFUND LLC,**

**400 RELLA BOULEVARD**

**Suffern, NY 10901**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$149,000.00

---

**3.3** | Nonpriority creditor's name and mailing address

**Dell Credit**

**P.O. Box 81585**

**Austin, TX 78708**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,800.00

---

**3.4** | Nonpriority creditor's name and mailing address

**Enterprise Leasing**

**c/o Bankruptcy Filings**

**600 Corporate Park Drive**

**Saint Louis, MO 63105**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **All Florida Safety Institute, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.5** Nonpriority creditor's name and mailing address

**Florida Department of Economic Opportunity**

**Caldwell Bldg.**

**107 East Madison Street**

**Tallahassee, FL 32399**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$100,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Headway Capital**

**175 W Jackson Blvd Suite #1000**

**Chicago, IL 60604**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$28,575.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Integrated Payment Solutions**

**1703 E Skelly Drive Suite #105**

**Tulsa, OK 74105**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$250,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**IOU Financial**

**600 TownPark Lane, Suite #100**

**Kennesaw, GA 30144**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:   **$790,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **All Florida Safety Institute, LLC**
          Name                                          Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

**3.9** Nonpriority creditor's name and mailing address
Jason Healy

c/o Jordan Richards

1800 SE 10th Ave Suite #205

Fort Lauderdale, FL 33316

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  employment dispute _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown _____

---

**3.10** Nonpriority creditor's name and mailing address
MCA Debt Advisors, LLC

1001 State St Suite #1400

Erie, PA 16501

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00 _____

---

**3.11** Nonpriority creditor's name and mailing address
Mike Albert Leasing

P.O. Box 6432020

Cincinnati, OH 45264

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$32,000.00 _____

---

**3.12** Nonpriority creditor's name and mailing address
Newco Capital Group VI, LLC

VCORP AGENT SERVICES, INC.

25 Robert Pitt Dr. #204

Monsey, NY 10952

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$209,249.00 _____

---

| Debtor | **All Florida Safety Institute, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $61,325.00
--- | --- | ---

**3.13**

**Nonpriority creditor's name and mailing address**

**SAMSON MCA LLC**

**17 State Street 6th Floor**

**New York, NY 10004**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$61,325.00

Debtor    **All Florida Safety Institute, LLC**                                    Case number *(if known)* _____
          Name

---

**Part 3:** List Others to Be Notified About Unsecured Claims

---

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Ariel Bouskila, Esq**<br>**80 Broad St Suite #3303**<br>**New York, NY 10004** | Line **3.13**<br>☐ Not listed. Explain _____ | **2  0  2  2** |
| 4.2 **Max Recovery Group, LLC**<br>**55 Broadway 3rd Floor**<br>**New York, NY 10006** | Line **3.2**<br>☐ Not listed. Explain _____ | ___  ___  ___  ___ |
| 4.3 **Vadim Serebro, Attorney**<br>**55 Broadway Third Floor**<br>**New York, NY 10006** | Line **3.2**<br>☐ Not listed. Explain _____ | **2  0  2  2** |

Debtor   **All Florida Safety Institute, LLC**                                          Case number *(if known)* _____
                    Name

<div style="background:black;color:white;display:inline-block;">**Part 4:**</div> Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|   |   |   |   | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. |   | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. | + | $1,738,949.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. |   | $1,738,949.00 |

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | All Florida Safety Institute, LLC |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known): | Chapter __11__ |

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | 339 6th Ave., West, #16, Bradenton Lease | Pinnacle Business Suites |
| | | Contract to be ASSUMED | 339 6th Ave. West |
| | State the term remaining | 0 months | Bradenton, FL 34205 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | 8740 W. Mayo Dr., Unit #3, Crystal River | Melizza R. Hatchik |
| | | Contract to be ASSUMED | c/o Waybright Real Estate |
| | State the term remaining | 0 months | 2149 Norvell Bryant Hwy |
| | List the contract number of any government contract | | Lecanto, FL 34461 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Suite 110-E and 110-F, located in Fleming Island Business Park located at 1845 Town Center Blvd, Fleming Island, Florida 32003 | RLFED Fleming, LLC |
| | | | 21380 LORAIN RD Suite #202 |
| | | Contract to be REJECTED | Cleveland, OH 44126 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | 212 North Marion Avenue, Lake City, Florida 32055 | BLANCHE MASTER TENANT, LLC |
| | | | 123-B N. Patterson Street, |
| | | Contract to be ASSUMED | Valdosta, GA 31601 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |

Debtor    All Florida Safety Institute, LLC                                    Case number *(if known)* _____
_____
Name

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | 2419 South Babcock St, Unit E, Melbourne, FL | Babcock Brick, LLC |
| | | Contract to be ASSUMED | 1100 BROOK ST NE |
| | **State the term remaining** | 0 months | Palm Bay, FL 32905 |
| | **List the contract number of any government contract** | | |
| **2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | 5159 Dogwood Dr., Milton, FL | Smooth Property Management, Inc. |
| | | Contract to be REJECTED | 5174 Ward Basin Road |
| | **State the term remaining** | 0 months | Milton, FL 32583 |
| | **List the contract number of any government contract** | | |
| **2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | 8301 Cypress Plaza Drive, Jacksonville, Florida 32256 Suites #117 and 119 | CYPRESS JACK LLC |
| | | Contract to be ASSUMED | c/o Woodside Capital Partners |
| | | | 4200 South Hulen Street Suite #410 |
| | **State the term remaining** | 0 months | Fort Worth, TX 76109 |
| | **List the contract number of any government contract** | | |
| **2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Flex space in building 3 located at 6236 US Highway 1 North, St. Augustine, FL 32095 | TIMUQUAN CAPITAL INC. |
| | | Contract to be ASSUMED | 411 Sebastian Square |
| | **State the term remaining** | 0 months | Saint Augustine, FL 32095 |
| | **List the contract number of any government contract** | | |
| **2.9** | **State what the contract or lease is for and the nature of the debtor's interest** | 1515 E. Silver Springs Blvd., Unit 210 , Ocala, FL 34470. | GUPTA CASCADES, LLC |
| | | Contract to be ASSUMED | 2605 SW 33rd Street Suite #200 |
| | **State the term remaining** | 0 months | Ocala, FL 34470 |
| | **List the contract number of any government contract** | | |

| Debtor | All Florida Safety Institute, LLC | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|--|
| | Name | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.10** | **State what the contract or lease is for and the nature of the debtor's interest** | 6501 102nd Ave. North, Pinellas Park | Vachlia, Inc. |
| | | Contract to be ASSUMED | 111 SECOND AVE NE Suite #702 |
| | **State the term remaining** | 0 months | Saint Petersburg, FL 33701 |
| | **List the contract number of any government contract** | | |
| **2.11** | **State what the contract or lease is for and the nature of the debtor's interest** | 820 HWY A1A, PVB, FL | Veranda Partners, LTD |
| | | Contract to be ASSUMED | 818 A1A North Suite #300 |
| | **State the term remaining** | 0 months | Ponte Vedra Beach, FL 32082 |
| | **List the contract number of any government contract** | | |
| **2.12** | **State what the contract or lease is for and the nature of the debtor's interest** | leases 1-47 on vehicle list | Enterprise Leasing |
| | | Contract to be ASSUMED | c/o Bankruptcy Filings |
| | **State the term remaining** | 0 months | 600 Corporate Park Drive |
| | **List the contract number of any government contract** | | Saint Louis, MO 63105 |
| **2.13** | **State what the contract or lease is for and the nature of the debtor's interest** | 17814 N. US HIGHWAY 41, Lutz, FL | Amstin LLC |
| | | Contract to be ASSUMED | 17812 N. US HIGHWAY 41 |
| | **State the term remaining** | 0 months | Lutz, FL 33549 |
| | **List the contract number of any government contract** | | |
| **2.14** | **State what the contract or lease is for and the nature of the debtor's interest** | 13447 US HWY 301, Starke, FL | Murray Ford |
| | | Contract to be ASSUMED | 13447 US HWY 301 |
| | **State the term remaining** | 0 months | Starke, FL 32091 |
| | **List the contract number of any government contract** | | |

Debtor    All Florida Safety Institute, LLC                                    Case number *(if known)*
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15**

State what the contract or lease is for and the nature of the debtor's interest
1800 N. Ponce de Leon Blvd., St. Augustine, FL

Contract to be ASSUMED

State the term remaining
0 months

List the contract number of any government contract

Vista Hotel IV Inc
32 AVENIDA MENENDEZ
Saint Augustine, FL 32084

**2.16**

State what the contract or lease is for and the nature of the debtor's interest
2810 Sharer Road, Unit 23, Tallahassee, FL

Contract to be ASSUMED

State the term remaining
0 months

List the contract number of any government contract

HERITAGE PLAZA MANAGEMENT LLC
1779 N UNIVERSITY DR Suite #203
Hollywood, FL 33024

**2.17**

State what the contract or lease is for and the nature of the debtor's interest
375 Commercial Court, Suite A, Venice, FL

Contract to be ASSUMED

State the term remaining
0 months

List the contract number of any government contract

MC MAHON PETER J (TTEE)
533 PARK ESTATES SQ
Venice, FL 34293

**2.18**

State what the contract or lease is for and the nature of the debtor's interest
1049 John Sims Pkwy East, Niceville, FL

Contract to be ASSUMED

State the term remaining
0 months

List the contract number of any government contract

Ruckel Properties, Inc.
1003-C John Sims Pkwy E
Niceville, FL 32578

**2.19**

State what the contract or lease is for and the nature of the debtor's interest
1200 Oakley Seaver Dr., #204, Clermont, FL

Contract to be REJECTED

State the term remaining
0 months

List the contract number of any government contract

Oakley Plaza LP
C/O Registered Agent Stephen Skipper
7491 CONROY WINDERMERE ROAD Suite G
Orlando, FL 32835

Debtor   All Florida Safety Institute, LLC                                    Case number *(if known)* _____
         Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.20** State what the contract or lease is for and the nature of the debtor's interest — 7600 Dr. Phillips Blvd, #158, Orlando, FL <br><br> State the term remaining — 0 months <br><br> List the contract number of any government contract — | Wri-Tc Marketplace At Dr Phillips LLC <br> 500 N Broadway Ste 201 <br> Jericho, NY 11753 |
| **2.21** State what the contract or lease is for and the nature of the debtor's interest — 1 Hargrove Grade, Bldg A, Suite 1H, Palm Coast, FL / Contract to be REJECTED <br><br> State the term remaining — 0 months <br><br> List the contract number of any government contract — | One Hargrove Grade LLC <br> 1 One Hargrove Grade Suite #2 <br> Palm Coast, FL 32137 |
| **2.22** State what the contract or lease is for and the nature of the debtor's interest — 110 East Granada Blvd., Suite 207C, Ormond Beach, FL / Contract to be ASSUMED <br><br> State the term remaining — 0 months <br><br> List the contract number of any government contract — | City of Ormond Beach <br> c/o Ormond Beach Welcome Center <br> 110 East Granada St. <br> Ormond Beach, FL 32176 |
| **2.23** State what the contract or lease is for and the nature of the debtor's interest — 2424 Lisenby Ave, Panama City, FL 32405 / Contract to be REJECTED <br><br> State the term remaining — 0 months <br><br> List the contract number of any government contract — | Chapman Properties, Inc. <br> 256 Honeysuckle Rd Ste #18 <br> Dothan, AL 36305 |
| **2.24** State what the contract or lease is for and the nature of the debtor's interest — 6250 Northwest 23rd street units 15 &16, Gainesville, FL 32605 / Contract to be ASSUMED <br><br> State the term remaining — 0 months <br><br> List the contract number of any government contract — | LIVE OAK SHOPPES GROUP LLC <br> 300 AVE OF THE CHAMPIONS Ste #140 <br> Palm Beach Gardens, FL 33418 |

Debtor   All Florida Safety Institute, LLC
         Name

Case number *(if known)*

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25**
State what the contract or lease is for and the nature of the debtor's interest — 4222 US-301, Wildwood, FL / Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract — 

ONE HUNDRED OAKS LLC
PO BOX 120355
Clermont, FL 34712

**2.26**
State what the contract or lease is for and the nature of the debtor's interest — automotive equipment / Contract to be ASSUMED

State the term remaining — 0 months

List the contract number of any government contract —

LCA BANK CORPORATION
1441 W. UTE BLVD Ste #250
Park City, UT 84098

Fill in this information to identify the case:

Debtor name        All Florida Safety Institute, LLC

United States Bankruptcy Court for the:

       Middle District of Florida

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 Allen, Jannette | 820 A1A South Suite #12-A<br>Street<br><br>Ponte Vedra Beach, FL 32082<br>City      State  ZIP Code | CLOUDFUND LLC, | ☐ D<br>☑ E/F<br>☐ G |
| | | SAMSON MCA LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | Newco Capital Group VI, LLC | ☐ D<br>☑ E/F<br>☐ G |
| | | IOU Financial | ☐ D<br>☑ E/F<br>☐ G |
| | | United States of America | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 Allen, Mark | 24469 Harbour View Dr<br>Street<br><br>Ponte Vedra Beach, FL 32082<br>City      State  ZIP Code | Integrated Payment Solutions | ☐ D<br>☑ E/F<br>☐ G |
| | | United States of America | ☑ D<br>☐ E/F<br>☐ G |
| | | Ally Financial | ☑ D<br>☐ E/F<br>☐ G |

Debtor    All Florida Safety Institute, LLC
          Name                                                          Case number (if known)

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.3  Trippy, Paul | 16089 NW 206th Dr. <br> Street <br><br> High Springs, FL 32643 <br> City            State    ZIP Code | CLOUDFUND LLC, | ☐ D <br> ☑ E/F <br> ☐ G |
| | | SAMSON MCA LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Newco Capital Group VI, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | IOU Financial | ☐ D <br> ☑ E/F <br> ☐ G |
| 2.4  _____ | Street <br><br> City            State    ZIP Code | | |
| 2.5  _____ | Street <br><br> City            State    ZIP Code | | |
| 2.6  _____ | Street <br><br> City            State    ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____All Florida Safety Institute, LLC_____

United States Bankruptcy Court for the:

_____Middle District of Florida_____

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   **1a. Real Property:**

   Copy line 88 from *Schedule A/B*................................................................................

   | $0.00 |
   | --- |

   **1b. Total personal property:**

   Copy line 91A from *Schedule A/B*.............................................................................

   | $2,200,185.33 |
   | --- |

   **1c. Total of all property:**

   Copy line 92 from *Schedule A/B*...............................................................................

   | $2,200,185.33 |
   | --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $3,879,621.83 |
   | --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $0.00 |
   | --- |

   **3b. Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $1,738,949.00 |
   | --- |

4. **Total liabilities**..........................................................................................................

   Lines 2 + 3a + 3b

   | $5,618,570.83 |
   | --- |

Fill in this information to identify the case:

Debtor name _____ All Florida Safety Institute, LLC _____

United States Bankruptcy Court for the:
_____ Middle District of Florida _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $6,736,152.59 |
    | **For prior year:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $7,768,757.00 |
    | **For the year before that:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $4,868,970.00 |

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:** From 01/01/2022 to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
    | **For prior year:** From 01/01/2021 to 12/31/2021<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
    | **For the year before that:** From 01/01/2020 to 12/31/2020<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

Debtor  All Florida Safety Institute, LLC _____     Case number *(if known)* _____
        Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. <u>See attached list</u><br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | _____ | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. <u>Complete List on SOFA #30 of all transfers in</u><br>last year to insiders or for their benefit<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____ | $0.00 | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    All Florida Safety Institute, LLC                            Case number *(if known)* _____
        Name

5.1. _____     _____     _____     _____

     Creditor's name

     Street

     City             State    ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. <br><br> Creditor's name <br><br> Street <br><br> City   State   ZIP Code | XXXX– __ __ __ __ | | |

---

**Part 3:**   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| Jason Healy v. Debtor <br><br> **Case number** <br><br> 2022 CV 00995 | wage collection | United States District Court, Middle District of Florida <br> Name <br> 300 N. Hogan St. <br> Street <br> c/o Clerk of the Court <br> Jacksonville, FL 32202 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| 7.2. **Case title** <br> Cloudfund LLC v. All Florida Safety Institute LLC et al <br><br> **Case number** <br><br> 700948/2022 | **Nature of case** <br> collection | **Court or agency's name and address** <br> Supreme Court - Civil Division New York <br> Name <br><br> Street <br><br> City   State   ZIP Code | **Status of case** <br> ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| 7.3. **Case title** <br> SAMSON MCA LLC v. ALL FLORIDA SAFETY INSTITUTE, LLC et al <br><br> **Case number** <br><br> 800222/2022 | **Nature of case** <br> collection | **Court or agency's name and address** <br> Supreme Court - Civil Division New York <br> Name <br><br> Street <br><br> City   State   ZIP Code | **Status of case** <br> ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |

Debtor  All Florida Safety Institute, LLC                            Case number (if known) _____
        Name

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | NewCo Capital Group VI LLC v. All Florida Safety Institute, LLC et al | collection | Supreme Court - Civil Division New York<br>Name<br><br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | | |
| | 2022/000308 | | City          State    ZIP Code | |

| 7.5. | Case title | Nature of case | Court or agency's name and address | Status of case |
|------|------------|----------------|-----------------------------------|----------------|
| | Mike Albert Leasing v. Debtor | alleged lease breach related to returned Tesla vehicles | arbitration<br>Name<br><br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | | | City          State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|------|------------------------------|-----------------------------|-------|
| | Custodian's name<br><br>Street<br><br>City          State    ZIP Code | **Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | **Court name and address**<br>Name<br><br>Street<br><br>City          State    ZIP Code |

---

**Part 4:   Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|------|------------------------------|-------------------------------------------|-------------|-------|
| | Recipient's name<br><br>Street<br><br>City          State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

Debtor   All Florida Safety Institute, LLC                                Case number *(if known)* _____
         Name

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. various auto accidents covered by insurance | insurance payments for losses to vehicles paid to lien holders and Debtor | past 12 months | |

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Law Offices of Mickler & Mickler, LLP | Attorney's Fee | 09/20/2022 | $23,262.00 |
| **Address** | court costs | 09/20/2022 | $1,738.00 |
| 5452 Arlington Expy. | | | |
| Street | | | |
| Jacksonville, FL 32211 | | | |
| City                State        ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |
| **Trustee** | | | |
| | | | |

Debtor    All Florida Safety Institute, LLC                                    Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City                State    ZIP Code

**Relationship to debtor**

_____

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. _____ | | From _____ To _____ | |
| Street | | | |
| _____ | | | |
| City       State    ZIP Code | | | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor   All Florida Safety Institute, LLC                                    Case number (if known) _____
          Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.  _____        _____        _____
       Facility name

       _____
       Street                         | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
                                       
       _____     _____        Check all that apply:
       City        State   ZIP Code                                             ☐ Electronically
                                       _____
                                                                                ☐ Paper

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Driver's License information _____

      Does the debtor have a privacy policy about that information?
      ☐ No
      ☑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?
      ☐ No. Go to Part 10.
      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN:  _ _ – _ _ _ _ _ _ _ |

      Has the plan been terminated?
      ☐ No
      ☐ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

Debtor   All Florida Safety Institute, LLC                                    Case number *(if known)*
            Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | Address | _____ | |
| | _____ City          State    ZIP Code | _____ | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | _____ Name | _____ | _____ | ☐ No |
| | _____ Street | _____ | _____ | ☐ Yes |
| | _____ | Address | _____ | |
| | _____ City          State    ZIP Code | _____ | | |

---

**Part 11:**  Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | _____ |
| _____ Name | _____ | _____ | |
| _____ Street | _____ | _____ | |
| _____ | | _____ | |
| _____ City          State    ZIP Code | | _____ | |

---

**Part 12:**  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor   All Florida Safety Institute, LLC                                    Case number (if known) _____
              Name

■   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly
     harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
|  | City           State     ZIP Code | _____ |  |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City           State     ZIP Code | City           State     ZIP Code | _____ |  |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ |  |
| City           State     ZIP Code | City           State     ZIP Code | _____ |  |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this
information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.

Name

Street

City          State      ZIP Code

EIN: __ __ – __ __ __ __ __ __ __

| Dates business existed |
|---|

From _____  To _____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.  NEVILLE WAINIO CPAS PLLC
        Name

        5 ARREDONDO AVE
        Street

        Saint Augustine, FL 32080
        City                    State        ZIP Code

From 1/1/2014    To present

| Name and address | Dates of service |
|---|---|

26a.2.  Smithbooks Accounting,LLC
        Name

        PO Box 106
        Street

        Ponte Vedra Beach, FL 32004
        City                    State        ZIP Code

From 1/1/2018    To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26b.1.  Neville Wainio CPAS PLLC
        Name

        5 ARREDONDO AVE
        Street

        Saint Augustine, FL 32080
        City                    State        ZIP Code

From 1/1/2014    To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
        Smithbooks Accounting, LLC
        Name

        P.O. Box 106
        Street

        Ponte Vedra Beach, FL 32004
        City                    State        ZIP Code

Debtor    All Florida Safety Institute, LLC                                Case number (if known) _____
          Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Neville Wainio CPAS PLLC<br>Name | |
| 5 ARREDONDO AVE<br>Street | |
| | |
| Saint Augustine, FL 32080<br>City                State                ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| Name |
| Street |
| |
| City                State                ZIP Code |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Christopher Carter | 8/1/2022 | $150,000.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Allen, Mark<br>Name |
| 24469 Harbour View Dr<br>Street |
| |
| Ponte Vedra Beach, FL 32082<br>City                State                ZIP Code |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Allen, Mark | 24469 Harbour View Dr Ponte Vedra Beach, FL 32082 | Manager, Member | 0.00% |
| Allen, Jannette | 820 A1A South Suite #12-A Ponte Vedra Beach, FL 32082 | member, owner | 80.00% |
| Trippy, Paul | 16089 NW 206th Dr. High Springs, FL 32643 | member, owner | 5.00% |
| John Bolen | 8304 SE Ketch Court Hobe Sound, FL 33455 | member, owner | 10.00% |
| Allison Walcutt | 820 A1A South Suite #12-A Ponte Vedra Beach, FL 32082 | member, owner | 5.00% |

Debtor  All Florida Safety Institute, LLC                                    Case number *(if known)* _____
          Name

**29.** **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30.** **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. Paul Trippy<br>Name<br>16089 NW 206th St.<br>Street<br><br>High Springs, FL 32643<br>City          State          ZIP Code | $95,165.92 | past 12 months | Salary |

**Relationship to debtor**

Member/Equity

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. Mark Allen<br>Name<br>24469 Harbour View Dr.<br>Street<br><br>Ponte Vedra Beach, FL 32082<br>City          State          ZIP Code | $73,666.82 | 9/2021 to 2/2022 | Salary |

**Relationship to debtor**

Manager

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.3. Mark Allen<br>Name<br>24469 Harbour View Dr.<br>Street<br><br>Ponte Vedra Beach, FL 32082<br>City          State          ZIP Code | $87,177.35 | 2/2022 to 9/21/2022 | Salary |

**Relationship to debtor**

Manager

Debtor    All Florida Safety Institute, LLC _____    Case number *(if known)* _____

        Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4. Janette Allen<br>       Name<br><br>       24469 Harbour View Dr.<br>       Street<br><br>       Ponte Vedra Beach, FL 32082<br>       City              State      ZIP Code | $41,598.10 | 9/2021 to 9/2022 | Payment of Discover card personal account used for business |

**Relationship to debtor**

manager/owner

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. Mark Allen<br>       Name<br><br>       24469 Harbour View Dr.<br>       Street<br><br>       Ponte Vedra Beach, FL 32082<br>       City              State      ZIP Code | $19602.56 | 9/2021 to 9/2022 | Payment of Personal Credit Card - Credit One |

**Relationship to debtor**

manager

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.6. Allen, Mark<br>       Name<br><br>       24469 Harbour View Dr<br>       Street<br><br>       Ponte Vedra Beach, FL 32082<br>       City              State      ZIP Code | $22,155.97 | 9/2021 to 9/2022 | Payment of Personal Credit Card - Discover |

**Relationship to debtor**

manager

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.7. John Bolen<br>       Name<br><br>       8304 SE Ketch Court<br>       Street<br><br>       Hobe Sound, FL 33455<br>       City              State      ZIP Code | $62,308.44 | 9/21/2021 to 9/21/2022 | Salary |

**Relationship to debtor**

manager/owner

Debtor   All Florida Safety Institute, LLC                                    Case number *(if known)* _____
         Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.8. Allison Walcutt<br>Name<br><br>820 S. A1A North Suite #W12-A<br>Street<br><br><br>Ponte Vedra Beach, FL 32082<br>City            State            ZIP Code | $105,075.00 | 9/21/2021 to<br>9/22/2022 | salary |

**Relationship to debtor**

manager/owner _____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____09/20/2022_____
            MM/  DD/  YYYY

**X** /s/ Mark Allen _____          Printed name _____Mark Allen_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____Manager_____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | All Florida Safety Institute, LLC |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Ally Financial P.O. Box 380901 Minneapolis, MN 55438 | | | | | | $67,125.35 |
| 2 Big Bend Riverview Partners, LLC, 5141 WEST SAN JOSE ST. Tampa, FL 33629 | | lease damages | | | | $42,000.00 |
| 3 Capital City Bank P.O. Box 900 Tallahassee, FL 32302 | | | | $20,494.86 | $1,562,679.25 | $20,494.86 |
| 4 CLOUDFUND LLC, 400 RELLA BOULEVARD Suffern, NY 10901 | | | | | | $149,000.00 |
| 5 Dell Credit P.O. Box 81585 Austin, TX 78708 | | | | | | $6,800.00 |
| 6 Florida Department of Economic Opportunity Caldwell Bldg. 107 East Madison Street Tallahassee, FL 32399 | | | | | | $100,000.00 |
| 7 Headway Capital 175 W Jackson Blvd Suite #1000 Chicago, IL 60604 | | | | | | $28,575.00 |
| 8 Integrated Payment Solutions 1703 E Skelly Drive Suite #105 Tulsa, OK 74105 | | | | | | $250,000.00 |

Debtor      All Florida Safety Institute, LLC                                        Case number *(if known)*
            Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | IOU Financial 600 TownPark Lane, Suite #100 Kennesaw, GA 30144 | | | | | | $790,000.00 |
| 10 | MCA Debt Advisors, LLC 1001 State St Suite #1400 Erie, PA 16501 | | | | | | $70,000.00 |
| 11 | Mike Albert Leasing P.O. Box 6432020 Cincinnati, OH 45264 | | | Contingent Disputed Unliquidated | | | $32,000.00 |
| 12 | Newco Capital Group VI, LLC VCORP AGENT SERVICES, INC. 25 Robert Pitt Dr. #204 Monsey, NY 10952 | | | | | | $209,249.00 |
| 13 | SAMSON MCA LLC 17 State Street 6th Floor New York, NY 10004 | | | | | | $61,325.00 |
| 14 | United States of America c/o Small Business Administration 2 NORTH 20TH ST. #320 Birmingham, AL 35203 | | SBA Loan 5/2018 EIDL | | $2,066,071.93 | $1,812,679.25 | $1,816,071.93 |
| 15 | Westlake Financial 4751 Wilshire Blvd. Suite #100 Los Angeles, CA 90010 | | floor plan | | $500,000.00 | $1,562,679.25 | $163,250.44 |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Middle District of Florida

**In re**     All Florida Safety Institute, LLC

Case No. _____

**Debtor**

Chapter _____11_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................................     $25,000.00

Prior to the filing of this statement I have received ................................................................................     $23,262.00

Balance Due ............................................................................................................................................     $1,738.00

2.    _____$1,738.00_____ of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.    The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

09/20/2022

*Date*

/s/ Bryan K. Mickler

Bryan K. Mickler
*Signature of Attorney*

Bar Number: 091790
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211
Phone: (904) 725-0822

Law Offices of Mickler & Mickler, LLP
*Name of law firm*

**IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE: **All Florida Safety Institute, LLC**                                      CASE NO

                                                                                                      CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____09/20/2022_____      Signature _____/s/ Mark Allen_____

                                                                                                      Mark Allen, Manager

LIVE OAK SHOPPES GROUP
LLC
300 AVE OF THE CHAMPIONS Ste #140
Palm Beach Gardens, FL 33418


Jannette Allen
820 A1A South Suite #12-A
Ponte Vedra Beach, FL 32082


Mark Allen
24469 Harbour View Dr
Ponte Vedra Beach, FL 32082


Ally Financial
P.O. Box 380901
Minneapolis, MN 55438


Amstin LLC
17812 N. US HIGHWAY 41
Lutz, FL 33549


Esq Ariel Bouskila
80 Broad St Suite #3303
New York, NY 10004


Babcock Brick, LLC
1100 BROOK ST NE
Palm Bay, FL 32905


Big Bend Riverview Partners,
LLC,
5141 WEST SAN JOSE ST.
Tampa, FL 33629

BLANCHE MASTER TENANT,
LLC
123-B N. Patterson Street,
Valdosta, GA 31601


Capital City Bank
P.O. Box 900
Tallahassee, FL 32302


Chapman Properties, Inc.
256 Honeysuckle Rd Ste #18
Dothan, AL 36305


City of Ormond Beach
c/o Ormond Beach Welcome Center
110 East Granada St.
Ormond Beach, FL 32176


CLOUDFUND LLC,
400 RELLA BOULEVARD
Suffern, NY 10901


CYPRESS JACK LLC
c/o Woodside Capital Partners
4200 South Hulen Street Suite #410
Fort Worth, TX 76109


Dell Credit
P.O. Box 81585
Austin, TX 78708


Enterprise Leasing
c/o Bankruptcy Filings
600 Corporate Park Drive
Saint Louis, MO 63105

Florida Department of
Economic Opportunity
Caldwell Bldg.
107 East Madison Street
Tallahassee, FL 32399

Ford Motor Credit Company
One American Road
Dearborn, MI 48126

GUPTA CASCADES, LLC
2605 SW 33rd Street Suite #200
Ocala, FL 34470

Headway Capital
175 W Jackson Blvd Suite #1000
Chicago, IL 60604

HERITAGE PLAZA
MANAGEMENT LLC
1779 N UNIVERSITY DR Suite #203
Hollywood, FL 33024

Integrated Payment Solutions
1703 E Skelly Drive Suite #105
Tulsa, OK 74105

IOU Financial
600 TownPark Lane, Suite #100
Kennesaw, GA 30144

Jason Healy
c/o Jordan Richards
1800 SE 10th Ave Suite #205
Fort Lauderdale, FL 33316

JP Morgan Chase Bank
270 Park Avenue
New York, NY 10017


Law Offices of Mickler &
Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211


LCA BANK CORPORATION
1441 W. UTE BLVD Ste #250
Park City, UT 84098


Max Recovery Group, LLC
55 Broadway 3rd Floor
New York, NY 10006


MC MAHON PETER J (TTEE)
533 PARK ESTATES SQ
Venice, FL 34293


MCA Debt Advisors, LLC
1001 State St Suite #1400
Erie, PA 16501


Melizza R. Hatchik
c/o Waybright Real Estate
2149 Norvell Bryant Hwy
Lecanto, FL 34461


Mike Albert Leasing
P.O. Box 6432020
Cincinnati, OH 45264

Murray Ford
13447 US HWY 301
Starke, FL 32091

Newco Capital Group VI, LLC
VCORP AGENT SERVICES, INC.
25 Robert Pitt Dr. #204
Monsey, NY 10952

Oakley Plaza LP
C/O Registered Agent Stephen Skipper
7491 CONROY WINDERMERE ROAD Suite
G
Orlando, FL 32835

One Hargrove Grade LLC
1 One Hargrove Grade Suite #2
Palm Coast, FL 32137

ONE HUNDRED OAKS LLC
PO BOX 120355
Clermont, FL 34712

Pinnacle Business Suites
339 6th Ave. West
Bradenton, FL 34205

RLFED Fleming, LLC
21380 LORAIN RD Suite #202
Cleveland, OH 44126

Ruckel Properties, Inc.
1003-C John Sims Pkwy E
Niceville, FL 32578

SAMSON MCA LLC
17 State Street 6th Floor
New York, NY 10004


Smooth Property
Management, Inc.
5174 Ward Basin Road
Milton, FL 32583


TIMUQUAN CAPITAL INC.
411 Sebastian Square
Saint Augustine, FL 32095


Paul Trippy
16089 NW 206th Dr.
High Springs, FL 32643


Truist Bank
214 N Tryon St
Charlotte, NC 28202


United States of America
c/o Small Business Administration
2 NORTH 20TH ST. #320
Birmingham, AL 35203


Vachlia, Inc.
111 SECOND AVE NE Suite #702
Saint Petersburg, FL 33701


Attorney Vadim Serebro
55 Broadway Third Floor
New York, NY 10006

Veranda Partners, LTD
818 A1A North Suite #300
Ponte Vedra Beach, FL 32082

Vista Hotel I V Inc
32 AVENIDA MENENDEZ
Saint Augustine, FL 32084

Westlake Financial
4751 Wilshire Blvd. Suite #100
Los Angeles, CA 90010

Wri-Tc Marketplace At Dr
Phillips LLC
500 N Broadway Ste 201
Jericho, NY 11753

**Fill in this information to identify the case:**

Debtor name      All Florida Safety Institute, LLC

United States Bankruptcy Court for the:

     Middle District of Florida

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _09/20/2022_
    MM/ DD/ YYYY

X _/s/ Mark Allen_
Signature of individual signing on behalf of debtor

_Mark Allen_
Printed name

_Manager_
Position or relationship to debtor

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

**Attachment to Voluntary Petition for Non-Individuals Filing for
Bankruptcy under Chapter 11**

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is .

2. The following financial data is the latest available information and refers to the debtor's condition on                    .

   a. Total assets                                        $2,200,185.33

   b. Total debts (including debts listed in 2.c., below)     $5,618,570.83

   c. Debt securities held by more than 500 holders

Approximate
number of
holders:

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

secured ☐  unsecured ☐  subordinated ☐

   d. Number of shares of preferred stock

   e. Number of shares common stock

Comments, if any:

3. Brief description of debtor's business

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor: