**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re: | Case No.: 3:22-bk-01926-JAB |
| ALL FLORIDA SAFETY INSTITUTE, LLC<br>            Debtor. | Chapter 11 |

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

ALL FLORIDA SAFETY INSTITUTE, LLC (the "Debtor"), pursuant to Local Rule 2081-1, hereby files this Chapter 11 Case Management Summary (the "Summary"). In support of this Summary, the Debtor would show:

**INTRODUCTION**

The Debtor filed his petition for relief under Chapter 11 of the United States Bankruptcy Code ("Bankruptcy Code") on September 22, 2022 (the "Petition Date"). An order for relief was entered for the Debtor as a Chapter 11 Debtor in Possession. There has not been a SubChapter V Chapter 11 Trustee appointed as of the date of this Summary.

**CASE MANAGEMENT ITEMS**

**I.      Description of the Debtor's Business**

The Debtor is the operator of a driver education business which operates throughout the State of Florida. Additionally, the Debtor operates a used car sales facility called Florida Auto Exchange for sales and purchases of vehicles utilized in the driver education business. The Debtor'sbusiness was started in 2015 by Mark and Janette Allen and has continuously operated since that time. The Debtor has rapidly expanded and now operates close to thirty (30) locations throughout the State of Florida.

During 2020-2021 as a result of shutdowns of DMV and related facilities due to COVID-19 related issues, the Debtor's revenue began to substantially decline. Fiscal Year 2020 saw an approximate 50% reduction in income. The Debtor began a series of merchant cash advance loans secured by receivables and deducted on a daily basis. This severely disrupted cash flow of the Debtor and caused the Debtor to become delinquent to the unsecured creditors in the amount of approximately $1,800,000.00.

As of August of 2022, the Debtor defaulted on numerous MCA and supplier loans. However, the Debtor felt that the income would significantly increase in the short term and allow a successful reorganization for all secured, priority and unsecured debts. Multiple creditors filed suit in New York to collect on past due obligations owed by the Debtor. This Chapter 11 followed in order to restructure the existing secured debt, unsecured debt and other priority claims.

A search of the Florida UCC registry reveals the following entities alleging a security interest in the Debtor's Property:

| Entity | Collateral Encumbered | Date of First Filing | Status of Loan |
|---|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION 2 NORTH STREET, SUITE 320 BIRMINGHAM AL 35203 | All assets owned and/or acquired, including receivables | 5/27/2020 | Outstanding |
| WESTLAKE FLOORING COMPANY, LLC 4751 WILSHIRE BLVD LOS ANGELES CA 90010 | Floor Plan Financing with receivables | 7/21/2021 | Outstanding |
| NewCo c/o CORPORATION SERVICE COMPANY, AS REPRESENTATIVE P.O. BOX 2576 UCCSPREP@CSCINFO.COM SPRINGFIELD IL 62708 | All assets owned and/or acquired, including receivables | 7/29/2021 | Outstanding |
| SAMSON HORUS 90 JOHN STREET NEW YORK NY 10038 | All assets owned and/or acquired, including receivables | 9/15/2021 | Outstanding |
| CLOUDFUND LLC 400 RELLA BLVD. SUITE 165-101 SUFFERN NY 10901 | All assets owned and/or acquired, including receivables | 11/9/2021 | Outstanding |
| FRANKLIN CAPITAL MANAGEMENT, LLC 32300 NORTHWESTERN HWY. FARMINGTON HILLS MI 48334 | All assets owned and/or acquired, including receivables | 12/13/2021 | Paid |
| C T CORPORATION SYSTEM, AS REPRESENTATIVE 330 N BRAND BLVD, SUITE 700; ATTN: SPRS GLENDALE CA 91203 | All assets owned and/or acquired, including receivables | 12/23/2021 | Paid |
| PAWN FUNDING 2167 E 21ST ST, SUITE 252 BROOKLYN NY 11229 | All assets owned and/or acquired, including receivables | 1/5/2022 | Paid |
| ARK CAPITAL 131 CLARK STREET HARTFORD CT 06120 | All assets owned and/or acquired, including receivables | 1/5/2022 | Paid |
| LCA BANK CORPORATION 1441 W. UTE BLVD SUITE 250 | Automotive Equipment | 5/20/2022 | Lease |

| | | | |
|---|---|---|---|
| PARK CITY UT 84098 | | | |
| On Deck<br>CHTD COMPANY<br>P.O. BOX 2576 SPRINGFIELD IL 62708 | All assets owned and/or acquired, including receivables | 7/14/2022 | Paid |
| IOU<br>CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>PO BOX 2576<br>UCCSPREP@CSCINFO.COM<br>SPRINGFIELD IL 62708 | All assets owned and/or acquired, including receivables | 9/13/2022 | Outstanding |
| | | | |
| | | | |

## II.  Location of Debtors' Operations and Whether Leased or Owned

The Debtor's main commercial property is located in St. Johns County, FL and leased by Debtor. The Debtor has equipment and inventory located at various locations throughout Florida, including locations in Central Florida, South Florida and the Panhandle region.

## III.  Reasons for Filing Chapter 11

The Chapter 11 was filed to restructure the secured debt of the Debtor's commercial equipment and inventory, as well as unsecured debt that was being directly deducted from the Debtor's accounts by MCA lenders. The Debtor was attempting to cure the arrears on the secured claims, but was unable to improve the cash flow of the closely held business to the point that it could avoid filing the Chapter 11.

## IV.  List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing

Mark Allen – Manager/Member (Salary application filed to match all Member's pre petition salary)

Janette Allen – Member;

Paul D. Trippy, Member;

John Bolen, Member;

Allison Walcutt; Member.

## V. Debtor's Annual Gross Revenues

Upon information and belief, the Debtor's gross revenues for the period ended December 31, 2020 were approximately $4,868,970.00. 2021 gross annual revenue was approximately $7,768,757.00. 2022 gross revenue has been approximately $6,736,152.59 through the end of August, 2022.

## VI. Amounts Owed to Various Classes of Creditors

The Debtor's secured various lenders were listed on Schedule D. Total secured debt owed is approximately $3,879,000.00.

The Debtor's unsecured debt is currently listed as $1,738,949.00. The Debtor does not owe a priority claim for indebtedness to the Florida DOR or IRS.

## VII. General Description and Approximate Value of the Debtor's Current and Fixed Assets

The Debtor's assets consist primarily of the vehicle inventory and equipment secured by the various secured lenders. The inventory and equipment and other property is believed to be worth approximately $2,200,000.00 at this time as disclosed on Schedules A/B.

The Debtor has a pending ERTC tax credit claim with the Internal Revenue Service for $977,000.00 that is currently process with no timeline or expectation of the ultimate amount to be awarded.

## VIII. Number of Employees and Amount of Wages Owed as of Petition Date

As of the Petition Date, the Debtor employed 150 direct employees.

## IX. Status of Debtor's Payroll and Sales Tax Obligations

The Debtor does not owe money for sales taxes or income taxes.

## X. Anticipated Emergency Relief Within 14 Days of Petition Date

Motion to Allow Use of Cash Collateral, Motion to Reject various leases and for Officer Salary to be filed immediately.

Submitted this 23rd day of September, 2022

                                        LAW OFFICES OF MICKLER & MICKLER, LLP

                                        By:   */s/ Bryan K. Mickler*
                                             Bryan K. Mickler
                                        Florida Bar No. 091790
                                        5452 Arlington Expressway
                                        Jacksonville, FL 32211
                                        (904) 725-0822
                                        (904) 725-0855 FAX
                                        bkmickler@planlaw.com
                                        *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to the United States Trustee and all interested parties by filing a copy in the Court's CM/ECF system this _23__ day of September, 2022.

                                        _/s/ Bryan K. Mickler_____
                                        Attorney